# Court of Appeals
# of the State of Georgia

ATLANTA,  August 15, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1361.   DARREN SYDROWITZ v. FULTON DEKALB HOSPITAL AUTHORITY, et al.**

In this medical malpractice action, the trial court entered summary judgment for the defendants on August 14, 2013.  Plaintiff Darren Sydrowitz moved for findings of fact and conclusions of law, and the court entered an amended order containing such findings on August 28, 2013.  Sydrowitz filed his notice of appeal on September 24, 2013.

The appellees have filed a motion to dismiss this appeal, arguing that the notice of appeal is untimely because it was filed more than 30 days after the trial court's August 14, 2013, order granting them summary judgment.  The appellees are correct.

A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Sydrowitz filed his notice of appeal 41 days after entry of the trial court's August 14 summary judgment order.  Although the trial court entered an amended order on August 28, that order was not a "new judgment" for purposes of filing an appeal.  See *Northside Realty Associates, Inc. v. Peachtree Mortg. Corp.*, 239 Ga. 62, 65 (235 SE2d 491) (1977) (a "supplemental order" that makes findings of fact and conclusions of law is not a new judgment).  Accordingly, it did not extend the time for filing a notice of appeal.

The appellees' motion to dismiss is hereby GRANTED, and this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __08/15/2014__
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*